UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 3:99CR00204-001 |
| | ) | WO |
| STEVEN MERRIWEATHER | ) | |

### ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Upon the probation officer's recommendation and the agreement of the parties, it is CONSIDERED and ORDERED that the Petition for Revocation of Supervised Release (doc. #67) and the Amended Petition for Revocation of Supervised Release (doc.#70) be and the same are hereby DISMISSED.

It is further CONSIDERED and ORDERED that the supervised release revocation hearing set on the 20th day of April, 2005, be and the same is hereby CANCELLED.

Defendant Steven Merriweather, with the assistance of counsel, has agreed to a modification of his supervised release to include participation in a substance abuse treatment program, as described below, and has signed the attached waiver.  However, Merriweather is alleged to have tested positive for illegal controlled substances more than three times over the course of one year and, therefore, is subject to mandatory revocation in accordance with 18 U.S.C. § 3583(g); however, the Court finds that Merriweather's participation in a substance abuse treatment program warrants an exception to section 3583(g).

Accordingly, it is CONSIDERED and ORDERED that Merriweather's term of supervision imposed on July 11, 2000, be and the same is hereby MODIFIED as follows:

>You shall be required to participate in the substance abuse treatment and halfway house program offered by the Fellowship House, Inc., Birmingham, Alabama, and comply with the rules of that facility until such time the probation office and Fellowship House staff approve of your release.

It is further CONSIDERED and ORDERED that Merriweather shall remain in the custody of the United States Marshal until a bed is available at the Fellowship House, Inc. Upon Merriweather's release from custody, the Federal Defender's Office shall be responsible for Merriweather's transportation to the Fellowship House.

Done this 19th day of April, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE